464 A.2d 542

Commonwealth v. Jones, Appellant.
Petition for Allowance of Appeal
Denied Feb. 10, 1984.

628

 Submitted
April 7, 1983. Daniel Paul Alva, for appellant; Jane Cutler
Greenspan, Assistant District Attorney, for Commonwealth,
appellee.

Before SPAETH, WIEAND and HOFFMAN, JJ.

The judgment of sentence is affirmed.